| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Grandy, Laura K. | 2. Court or Organization<br><br>Bankruptcy Court - Southern Illinois | 3. Date of Report<br><br>11/14/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Chief U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>Melvin Price Federal Building and<br>United States Courthouse<br>750 Missouri Avenue<br>East St. Louis, IL 62201 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 3/02/2010 | Mathis Marifian & Richter LTD See Note in Part VIII |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Mathis Marifian & Richter LTD | $50,538.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Illinois State Bar Association (ISBA) | 04/14/16/16 | Chicago, IL | Professional Organization Activity | Lodging and Travel |
| 2. | Bankruptcy Association of Southern Illinois (BASIL) | 05/05/16 | Fairview Heights, IL | Professional Organization Activity | Meals and Travel |
| 3. | NABT - National Association of Bankruptcy Trustees | 08/08/16 - 08/11/16 | San Diego, CA | Professional Organization | Travel |
| 4. | American Bankruptcy Institute (ABI) | 10/09/16 - 10/10/16 | Chicago, IL | Professional Organization | Lodging, Meals, and Travel |
| 5. | National Conference of Bankruptcy Judges (NCBJ) | 10/25/16 - 10/29/16 | San Francisco, CA | Professional Organization | lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 11/14/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of Springfield | Note Payable (Co-signer on Debt) | J |
| 2. | FCB - Swansea | Mortgage on building owned by MMRG Building LLC | N |
| 3. | Bank of Springfield | Mortgage - Pineywood Property | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 11/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Varible Annuity | | | | | | | | | |
| 2. - International Equity Franklin Tpl | C | Dividend | K | T | | | | | |
| 3. - Small Cap Growth Wellington | B | Dividend | K | T | | | | | |
| 4. - Russell Non-US | B | Dividend | K | T | | | | | |
| 5. - Domestic Equity Delaware Mgmt | C | Dividend | K | T | | | | | |
| 6. - Focused Appreciation Janus | C | Dividend | K | T | | | | | |
| 7. - Equity Income T Rowe Price | B | Dividend | J | T | | | | | |
| 8. Northwestern Mutual 65 Life Insurance Policy | C | Dividend | L | T | | | | | |
| 9. Northwestern Mutual Variable CompLife Insurance Policy | B | Dividend | L | T | | | | | |
| 10. - Large Cap Blend Fiduciary Mgmt | A | Dividend | J | T | | | | | |
| 11. - Large Cap Core Stock Fayez Sarofim | A | Dividend | J | T | | | | | |
| 12. - Mid Cap Core Stock WM Blair Co | A | Dividend | J | T | | | | | |
| 13. - Small Cap Value T Rowe Price | A | Dividend | J | T | | | | | |
| 14. - International Equity Franklin Tmpl | A | Dividend | J | T | | | | | |
| 15. - International Growth Janus | A | Dividend | | | Sold | 03/30/16 | J | A | |
| 16. - International Growth FIAM LLC | A | Dividend | J | T | Buy | 05/01/16 | J | | |
| 17. - Select Bond Wells Capital Mgmt | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 11/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Russell Core Bond | A | Dividend | J | T | | | | | |
| 19.  - Long Term US Govt Bond Pimco | A | Dividend | K | T | | | | | |
| 20.  - High Yield Bond Federated INC | A | Dividend | J | T | | | | | |
| 21.  - Russell Global Real Estate | A | Dividend | J | T | | | | | |
| 22.  - Money Market Black Rock | A | Dividend | J | T | | | | | |
| 23.  Raymond James Morgan Keegan Trust U/A DTD 7/02/98 | | | | | | | | | |
| 24.  - Raymond James Morgan Cash/Money Market | A | Interest | K | T | | | | | See Note in Part VIII |
| 25.  - Apple Inc (AAPL) | A | Dividend | J | T | | | | | |
| 26.  - First Eagle Global Fund A (SGENX) | C | Dividend | M | T | | | | | |
| 27.  - First Eagle US Value Fund A (FEVAX) | B | Dividend | L | T | | | | | |
| 28.  -Federated Kaufmann Large Cap C (KLCCX) | B | Dividend | L | T | | | | | |
| 29.  - Freeport McMorgan Copper and Gold Class B (FCX) | A | Dividend | J | T | | | | | |
| 30.  - FT Capital Strength Ser 2 Cash | A | Interest | K | T | | | | | |
| 31.  - Ivy Core Equity Fund (WCEAX) | A | Dividend | K | T | | | | | |
| 32.  Raymond James Morgan Keegan | | | | | | | | | |
| 33.  - Federated Kaufmann Large Cap A (KLCAX) | B | Dividend | L | T | | | | | |
| 34.  First Trust Technology Dividend Portfolio Series 5 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 11/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fundamental Investors Fund Class A (ANCFX) | A | Dividend | L | T | | | | | |
| 36. Putnam Capital Spectrum Fund Class C (PVSCX) | A | Dividend | K | T | | | | | |
| 37. Federated Strategic Value (SVAAX) | A | Dividend | J | T | | | | | |
| 38. Lord Abbett Growth (LGLCX) | A | Dividend | J | T | | | | | |
| 39. - American Funds Europacific (AEPFX) | A | Dividend | J | T | | | | | |
| 40. - AF American Mutual F2 (AMRFX) | A | Dividend | J | T | | | | | |
| 41. - Artisan International (ARTIX) | A | Dividend | | | Sold | 10/14/16 | J | B | |
| 42. - Champlain Mid Cap Fund (CIPMX) | A | Dividend | J | T | | | | | |
| 43. - JP Morgan US Large Cap Core Plus (JLPSX) | A | Dividend | | | Sold | 02/24/16 | K | B | |
| 44. - MFS Research Fund Class A (MFRFX) | A | Dividend | | | Sold | 02/26/16 | J | B | |
| 45. - Trowe Price Smallcap Value Adv (PASVX) | A | Dividend | J | T | | | | | |
| 46. - Clearbridge Equity (SOPYX) | A | Dividend | J | T | | | | | |
| 47. Loomis Sayles Growth Fund (LSGRX) | A | Dividend | | | Sold | 04/25/16 | J | B | |
| 48. - Templeton Global Bond Fund (TGBAX) | A | Dividend | | | Sold | 02/26/16 | J | B | |
| 49. - Wells Fargo Advantage Int. (WFVIX) | A | Dividend | J | T | | | | | |
| 50. Virus Emerging Markets Oppt Fund (HIEMX) | A | Dividend | | | Sold | 06/16/16 | J | B | |
| 51. Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 11/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. John Hancock Disciplined Value (JVMIX) | A | Dividend | J | T | | | | | |
| 53. Metropolitan West Rtn Bond (MWTIX) | A | Dividend | J | T | Buy (add'l) | 02/26/16 | J | | |
| 54. Prudential Absolute (PADZX) | A | Dividend | | | Sold | 08/18/16 | J | B | |
| 55. First Trust S&P Reit Index Fund (FRI) | A | Dividend | J | T | | | | | |
| 56. Ishares TR MSCI Denmark (EDEN) | A | Dividend | J | T | | | | | |
| 57. Federated institutional high yield (FIHBX) | A | Dividend | J | T | | | | | |
| 58. First Trust Dorsey Wright Rel Strength Top 50 Series 17 Term | A | Dividend | K | T | Sold (part) | 04/26/16 | K | | |
| 59. Pioneer Fundamental Growth (PIGFX) | A | Dividend | L | T | | | | | |
| 60. First Trust Cyclical Strength Portfolio Series 10 Term | A | Dividend | J | T | | | | | |
| 61. Baird Aggregate Bond Fund Instl Class (BAGIX) | A | Dividend | J | T | Buy (add'l) | 02/26/16 | J | | |
| 62. | | | | | Buy (add'l) | 08/18/16 | J | | |
| 63. First Trust Cyclical Strengh Portfolio Series 2 Term | A | Dividend | J | T | | | | | |
| 64. Thornburg Core Growth Fund Class C (TCGCX) | A | Dividend | J | T | | | | | |
| 65. First TR Exchange Traded FD VI Dorsey Wright Focus (FV) | A | Dividend | J | T | | | | | |
| 66. First Trust Biotechnology Series 30 Term | A | Dividend | J | T | | | | | |
| 67. Clearbriddge Aggressive Growth Fund (SAGCX) | A | Dividend | J | T | | | | | |
| 68. Raymond James Morgan Keegan | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Cash/Money Market | A | Interest | J | T | | | | | |
| 70. - Blackrock Global A (MDLOX) | A | Dividend | J | T | | | | | |
| 71. - Blackrock Global B (MBLOX) | A | Dividend | K | T | | | | | |
| 72. -Loomis Sayles Income Fund Cl A (NEFZX) | A | Dividend | K | T | | | | | |
| 73. -Lord Abbett Bond (LBNDX) | A | Dividend | J | T | | | | | |
| 74. Pineywoods, Swansea, Illinois (2001 $226,000) | | None | M | R | | | | | See Note in Part VIII |
| 75. McFessel Drive, Fairview Heights, IL (2005, $55,000) | | None | | | Sold | 06/01/16 | L | D | See Note in Part VIII |
| 76. MMRG Bldg , Belleville, Illinois (2003, $370,000) | E | Rent | N | R | | | | | |
| 77. Merrill Lynch | | | | | | | | | |
| 78. - Cash/Money Market | A | Interest | J | T | | | | | |
| 79. - FIA Card Services Money Market Account | A | Interest | K | T | | | | | |
| 80. - Comcast Corp New CL A (CMCSA) | A | Dividend | J | T | | | | | |
| 81. Danaher Corp DEL COM (DHR) | A | Dividend | J | T | Sold | 04/20/16 | J | C | |
| 82. | | | | | Buy | 12/08/16 | J | | |
| 83. Disney (Walt) Co Com Stk (DIS) | A | Dividend | J | T | Sold (part) | 06/28/16 | J | B | |
| 84. | | | | | Sold (part) | 07/06/16 | J | B | |
| 85. | | | | | Buy (add'l) | 02/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 06/21/16 | J | B | |
| 87. Franklin Incom Fd Adv (FRIAX) | A | Dividend | J | T | | | | | |
| 88. Honeywell Intl Inc Del (HON) | A | Dividend | J | T | Buy (add'l) | 12/08/16 | J | | |
| 89. Loomis Sayles Growth (LSGRX) | A | Dividend | J | T | | | | | |
| 90. - Mondelez International Inc (MDLZ) | A | Dividend | J | T | | | | | |
| 91. Putnam Capital (PVSYK) | A | Dividend | J | T | | | | | |
| 92. - Putnam Diversified (PDVYX) | A | Dividend | J | T | | | | | |
| 93. Splunk Inc (SPLK) | A | Dividend | | | Sold | 02/08/16 | J | B | |
| 94. Starwood Ppty TR (STWD) | A | Dividend | J | T | | | | | |
| 95. Skyworks Solutions (SWKS) | A | Dividend | | | Sold (part) | 01/12/16 | J | B | |
| 96. | | | | | Sold (part) | 01/14/16 | J | B | |
| 97. | | | | | Sold (part) | 04/15/16 | J | B | |
| 98. | | | | | Sold (part) | 04/22/16 | J | B | |
| 99. | | | | | Sold | 05/04/16 | J | C | |
| 100. Time Warner (TWX) | A | Dividend | J | T | | | | | |
| 101. Under Armour Inc (UA) | A | Dividend | J | T | Sold (part) | 07/15/16 | J | A | |
| 102. | | | | | Sold (part) | 08/08/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Kinder Morgan Energy Partners LP | B | Int./Div. | J | T | | | | | See Note in Part VIII |
| 104. -Energy Transfer PTNRS LP | B | Int./Div. | K | T | | | | | See Note in Part VIII |
| 105. ILLUMINA INC (ILMN) | A | Dividend | | | Sold | 04/22/16 | J | B | |
| 106. Bank of America - Merrill Lynch Wealth Management | | | | | | | | | |
| 107. - Money Manager Checking Sweep Acct | A | Interest | J | T | | | | | |
| 108. - AXA Equitable Life INS CO Accumulator 2004 | B | Int./Div. | M | T | | | | | |
| 109. - Apple Inc (AAPL) | A | Dividend | K | T | | | | | |
| 110. Metlife (MET) | A | Dividend | | | Sold | 03/24/16 | J | C | |
| 111. NXP Semiconductors (NXPI) | A | Dividend | | | Sold (part) | 04/27/16 | J | B | |
| 112. | | | | | Sold (part) | 07/07/16 | J | A | |
| 113. | | | | | Sold | 07/08/16 | J | C | |
| 114. Ishares MCSI Frontier (FM) | A | Dividend | J | T | | | | | |
| 115. Vanguard Energy ETF (VDE) | A | Dividend | J | T | Sold (part) | 09/19/16 | J | A | |
| 116. | | | | | Buy (add'l) | 03/09/16 | J | | |
| 117. | | | | | Sold (part) | 06/21/16 | J | C | |
| 118. First TR Exchange Traded FD Dow Jones IN (FDN) | A | Dividend | J | T | | | | | |
| 119. Fireeye Inc (FEYE) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 11/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Amazon Com Inc (AMZN) | A | Dividend | J | T | Buy (add'l) | 06/23/16 | J | | |
| 121. | | | | | Buy (add'l) | 12/08/16 | J | | |
| 122. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 123. | | | | | Sold (part) | 06/21/16 | J | | |
| 124. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 125.  Alphabet Inc SHS CL A (Googl) | A | Dividend | | | Sold | 05/05/16 | J | A | |
| 126.  Alphabet Inc shs CL C (GOOG) | A | Dividend | | | Buy | 01/07/16 | J | | |
| 127. | | | | | Sold | 06/21/16 | J | A | |
| 128.  Conocophillips (COP) | B | Dividend | | | Sold | 01/25/16 | J | | |
| 129.  Eli Lilly Co (LLY) | A | Dividend | J | T | Buy (add'l) | 03/29/16 | J | | |
| 130. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 131. | | | | | Buy (add'l) | 05/16/16 | J | | |
| 132. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 133.  Hershey Company (HSY) | A | Dividend | | | Sold | 01/25/16 | J | A | |
| 134.  Johnson and Johnson Co (JNJ) | A | Dividend | J | T | Sold (part) | 06/21/16 | J | B | |
| 135.  McDonalds Corp (MCD) | A | Dividend | J | T | | | | | |
| 136.  Microsoft Corp (MSFT) | A | Dividend | | | Sold | 09/19/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 11/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 138. Pepsico Inc (PEP) | A | Dividend | | | Sold | 09/19/16 | J | A | |
| 139. Reynolds American Inc (RAI) | A | Dividend | J | T | Sold (part) | 09/19/16 | J | A | |
| 140. | | | | | Sold (part) | 01/19/16 | J | A | |
| 141. Proshares Credit Suisse (CSM) | A | Dividend | | | Sold | 01/25/16 | J | B | |
| 142. SPDR S P Biotech (XBI) | A | Dividend | | | Sold | 01/12/16 | J | A | |
| 143. Vanguard Tax Exempt Bond (VTEB) | A | Dividend | | | Sold | 02/11/16 | J | B | |
| 144. Delta Air Lines Inc (DAL) | A | Dividend | | | Sold | 01/25/16 | J | B | |
| 145. JPMorgan Chase Co (JPM) | A | Dividend | J | T | Sold (part) | 09/20/16 | J | A | |
| 146. | | | | | Buy (add'l) | 02/01/16 | J | | |
| 147. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 148. Constellation Brands Inc (STZ) | A | Dividend | J | T | Sold (part) | 06/23/16 | J | B | |
| 149. | | | | | Sold (part) | 07/15/16 | J | A | |
| 150. Envision Healthcare Hldg (EVHC) | A | Dividend | | | Sold | 01/01/16 | J | B | |
| 151. Disney (Walt) Co COM (DIS) | A | Dividend | J | T | | | | | |
| 152. FIREEYE INC (FEYE) | A | Dividend | J | T | | | | | |
| 153. Hennessy Cornerstone MID (HIMDX) | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 11/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Disney (Walt) Co COM (DIS) | A | Dividend | J | T | | | | | |
| 155. Centene Corp (CNC) | A | Dividend | | | Buy (add'l) | 01/04/16 | J | | |
| 156. | | | | | Sold (part) | 05/16/16 | J | A | |
| 157. | | | | | Sold | 05/19/16 | J | B | |
| 158. Mondelez International (MDLZ) | A | Dividend | J | T | | | | | |
| 159. Goldman Sachs Income (GSBIX) | A | Dividend | | | Sold | 11/17/16 | J | A | |
| 160. Powershares DWA Consumer (PSL) | A | Dividend | | | Sold | 03/02/16 | J | C | |
| 161. Incyte Corporation (INCY) | A | Dividend | | | Sold | 03/23/16 | J | B | |
| 162. Verizon Communication Com (VZ) | A | Dividend | J | T | Buy (add'l) | 01/04/16 | J | | |
| 163. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 164. | | | | | Buy (add'l) | 02/01/16 | J | | |
| 165. Aqr Manages Futures Strategy Fund (AQMNX) | B | Dividend | J | T | Buy | 02/26/16 | J | | |
| 166. First Trust Capital Strength Portfolio Series 33 Term | B | Dividend | J | T | Buy | 04/26/16 | K | | |
| 167. Harding Loevner Emerg Markets Fund (HLEMX) | B | Dividend | J | T | Buy | 06/16/16 | J | | |
| 168. Artisan International Fund (APDIX) | B | Dividend | J | T | Buy | 10/14/16 | J | | |
| 169. Pfizer INC (PFE) | A | Dividend | J | T | Buy | 03/29/16 | J | | |
| 170. | | | | | Buy (add'l) | 04/12/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 11/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 07/19/16 | J | | |
| 172. Powershares S&P (SPHD) | A | Dividend | | | Buy | 07/27/16 | J | | |
| 173. | | | | | Sold | 11/17/16 | J | C | |
| 174. DST Systems INC (DST) | A | Dividend | J | T | Buy | 04/27/16 | J | | |
| 175. | | | | | Buy (add'l) | 04/28/16 | J | | |
| 176. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 177. | | | | | Buy (add'l) | 06/23/16 | J | | |
| 178. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 179. | | | | | Buy (add'l) | 07/27/16 | J | | |
| 180. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 181. Sunamerica Focused (FDSWX) | B | Dividend | J | T | Buy | 04/26/16 | J | | |
| 182. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 183. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 184. NVIDIA (NVDA) | A | Dividend | J | T | Buy | 04/20/16 | J | | |
| 185. | | | | | Buy (add'l) | 04/26/16 | J | | |
| 186. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 187. | | | | | Buy (add'l) | 06/09/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 07/19/16 | J | | |
| 189. | | | | | Buy (add'l) | 08/04/16 | J | | |
| 190. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 191. American WTR WKS (AWK) | A | Dividend | J | T | Buy | 04/26/16 | J | | |
| 192. Zimmer Biomet (ZBH) | B | Dividend | J | T | Buy | 05/20/16 | J | | |
| 193. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 194. | | | | | Buy (add'l) | 07/27/16 | J | | |
| 195. Salesforce Com Inc (CRM) | A | Dividend | J | T | Buy | 05/26/16 | J | | |
| 196. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 197. | | | | | Buy (add'l) | 06/20/16 | J | | |
| 198. | | | | | Buy (add'l) | 07/15/16 | J | | |
| 199. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 200. Ventas Inc (VTR) | A | Dividend | J | T | Buy | 07/07/16 | J | | |
| 201. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 202. | | | | | Buy (add'l) | 12/18/16 | J | | |
| 203. Welltower INC (HCN) | A | Dividend | | | Buy | 07/07/16 | J | | |
| 204. | | | | | Buy (add'l) | 08/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Sold | 12/16/16 | J | C | |
| 206. A T&T INC (T) | B | Dividend | J | T | Buy | 07/06/16 | J | | |
| 207. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 208. Devon Energy Corp (DVN) | C | Dividend | J | T | Buy | 08/12/16 | J | | |
| 209. | | | | | Buy (add'l) | 08/18/16 | J | | |
| 210. | | | | | Buy (add'l) | 12/06/16 | K | | |
| 211. Nuveen Amt Free Quality (NEA) | A | Dividend | J | T | Buy | 09/14/16 | J | | |
| 212. Vaneck Vectors High (VV) | A | Dividend | | | Buy | 01/04/16 | K | | |
| 213. | | | | | Sold | 09/19/16 | K | C | |
| 214. Invesco Municpal Income (IMI) | B | Dividend | J | T | Buy | 01/04/16 | J | | |
| 215. | | | | | Sold (part) | 09/19/16 | J | B | |
| 216. | | | | | Buy (add'l) | 02/19/16 | J | | |
| 217. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 218. General Electric (GE) | A | Dividend | J | T | Buy | 01/04/16 | J | | |
| 219. | | | | | Sold (part) | 09/19/16 | J | B | |
| 220. | | | | | Buy (add'l) | 03/24/16 | J | | |
| 221. Eaton Vance Natl Municpl (EV) | B | Dividend | J | T | Buy | 01/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 09/19/16 | J | B | |
| 223. | | | | | Buy (add'l) | 02/19/16 | J | | |
| 224. | | | | | Buy (add'l) | 03/09/16 | J | | |
| 225. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 226. Vanguard Utilities (VDU) | A | Dividend | J | T | Buy | 02/14/16 | J | | |
| 227. | | | | | Sold (part) | 09/19/16 | J | B | |
| 228. | | | | | Buy (add'l) | 03/09/16 | J | | |
| 229. Spdr Dow Jones Indust (DIA) | B | Dividend | J | T | Buy | 11/17/16 | K | | |
| 230. | | | | | Buy (add'l) | 11/19/16 | J | | |
| 231. | | | | | Buy (add'l) | 12/08/16 | J | | |
| 232. Ishares National Muni (MUB) | A | Dividend | J | T | Buy | 11/19/16 | J | | |
| 233. | | | | | Buy (add'l) | 02/19/16 | J | | |
| 234. | | | | | Sold (part) | 03/28/16 | J | C | |
| 235. Facebook INC (FB) | A | Dividend | J | T | Buy | 12/08/16 | J | | |
| 236. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 237. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 238. Nike Inc CL B (NKE) | B | Dividend | J | T | Buy | 01/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 11/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 240. Netflix Com Inc (NFLX) | B | Dividend | | | Buy | 01/05/16 | J | | |
| 241. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 242. | | | | | Sold | 05/18/16 | K | C | |
| 243. Nuveen Perf Pls Muni (NPP) | B | Dividend | J | T | Buy | 02/11/16 | J | | |
| 244. | | | | | Buy (add'l) | 03/09/16 | J | | |
| 245. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 246. Starbucks Corp (SBUX) | B | Dividend | | | Buy | 02/01/16 | J | | |
| 247. | | | | | Sold | 06/21/16 | J | C | |
| 248. Mastercard INC (MA) | A | Dividend | J | T | Buy | 02/01/16 | J | | |
| 249. Markt Vect High Yld (HYD) | A | Dividend | | | Buy | 02/22/16 | J | | |
| 250. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 251. | | | | | Sold | 05/02/16 | K | C | |
| 252. Unitedhealth Group INC (UNH) | A | Dividend | J | T | Buy | 03/04/16 | J | | |
| 253. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 254. Invesco Municipal Inc (OIA) | B | Dividend | J | T | Buy | 03/09/16 | J | | |
| 255. First Tr Managed (FMB) | B | Dividend | J | T | Buy | 01/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 11/14/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 04/01/16 | J | B | |
| 257. | | | | | Sold (part) | 06/21/16 | J | B | |
| 258. Exxon Mobil Corp (XOM) | B | Dividend | | | Buy | 03/30/16 | J | | |
| 259. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 260. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 261. | | | | | Sold | 07/29/16 | J | C | |
| 262. Vaneck Vectors High (HYD) | A | Dividend | J | T | Buy | 05/02/16 | K | | |
| 263. | | | | | Buy (add'l) | 05/18/16 | K | | |
| 264. Realty Incm Crp MD (REIT) | A | Dividend | J | T | Buy | 06/21/16 | J | | |
| 265. Royal Dutch Shel PLC (RDSB) | A | Dividend | J | T | Buy | 07/29/16 | J | | |
| 266. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 267. | | | | | | | | | |
| 268. | | | | | | | | | |
| 269. | | | | | | | | | |
| 270. | | | | | | | | | |
| 271. | | | | | | | | | |
| 272. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 11/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | | | | | |
| 274. | | | | | | | | | |
| 275. | | | | | | | | | |
| 276. | | | | | | | | | |
| 277. | | | | | | | | | |
| 278. | | | | | | | | | |
| 279. | | | | | | | | | |
| 280. | | | | | | | | | |
| 281. | | | | | | | | | |
| 282. | | | | | | | | | |
| 283. | | | | | | | | | |
| 284. | | | | | | | | | |
| 285. | | | | | | | | | |
| 286. | | | | | | | | | |
| 287. | | | | | | | | | |
| 288. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II:

Line 1 - Payments for percentage of collections of fees for work performed and generated by Judge, prior to departure.

Part VI

Line 3 Residential Real Property - First Bank Mortgage - McFessel property was sold
Part VII:

Line 24 This is a money market account for investments for investment funds.
Line 74 - Residential Real Property which is currently occuppied by mother. No income received. Value of property was increased since the part owner of property was brought out.
Line 75 Residential Real Property was sold.

Line 103/4 - Publicly Traded Partnership that generates interest and dividends.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laura K. Grandy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544